FILED

2013 MAY -6 AM 9:19

DEBORAH OGLESBY
LONOKE CO. CIRCUIT CLERK
BY
DEPUTY CLERK

May 05, 2013

IN THE LONOKE COUNTY CIRCUIT COURT LONOKE, ARKANSAS

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT LITTLE ROCK, AR.
TOTALLY WITHOUT JURISDICTION 28USCA 455(B) CONFLICT OF INTEREST
AND ABUSE OF PUBLIC OFFICE WITH NO IMMUNITY 28 USCA 2671 ET SEQ
2674. U.S. V. HARRIS, ED PA. 1988, 700 F. SUPP. 226, AFFIRMED
874 F 2D. 123 . AGREED TO OBSTRUCT AFFAIRS OF STATE COURTS

| | | |
|---|---|---|
| FARMERS AND RANCHERS COOPERATIVE ASSOCIATION, INC. | | PLAINTIFF |
| AND | | |
| DWIGHT ELLIS BROOKS | AMENDED COMPLAINT AFFIDAVIT | PLAINTIFF |
| VS CASE CV-12-308, 60 CV 2011 5682, 60 CV 2012 739 AND | | 4-12 CV 409 BSM<br>4-12 CV 409 SWW<br>4-12 CV 409 KGB |
| TOM VILSACK, SECRETARY UNITED STATES DEPARTMENT | | |
| OF AGRICULTURE | 4-12-CV 409 BSM<br>U.S. DISTRICT COURT JUDGE | DEFENDANT |
| KRISTINE G BAKER | BRIAN S. MILLER DISQUALIFIED<br>28 USCA 455(B) | DEFENDANT |
| ERIC HOLDER | AMENDED COMPLAINT | DEFENDANT |
| WILLIAM RILEY | | DEFENDANT |
| Susan Webber Wright | AID AND ABETTING OBSTRUCTION | Defendant |
| RICHARD M, PENCE JR | RICO AND ANTITRUST<br>ENTERPRISE, US. DISTRICT COURT | DEFENDANT |
| BRIAN S. MILLER | EASTERN DISTRICT WITH PATTERN<br>OF CORRUPTLY IMPEDING STATE | DEFENDANT ADD |
| D.P. MARSHALL Jr | COURT AFFAIRS IN SCHEME TO<br>DEFRAUD PLAINTIFFS WITH THE | DEFENDANT ADD |
| AMENDED COMPLAINT<br>ARCP 15 AND 20<br>PETITION TO REDRESS<br>ARTICLE 2 SECT.13 | U.S. MAIL IN FURTHERANCE OF<br>SCHEME TO DEFRAUD US. V. BRICKEY<br>D.C. ARK. 1969, 296 F.SUPP<br>AFFECTING U.S. MAIL INTERSTATE Commerce | |

COME PLAINTIFFS, FARMERS AND RANCHERS COOPERATION ASSOCIATION, INC.
AND DWIGHT ELLIS BROOKS FOR PETITION TO REDRESS, STATE CONSTITUTIONS,
ARTICLE 2 SECTION 13 AND EQUALITY BEFORE THE LAW, ARTICLE 2 SECTION 3 AS
YOU CAN SEE THE ATTACHED 04/24/2013 ORDER FROM U.S. DISTRICT COURT EASTERN
JUDGE BRIAN S. MILLER CONSTITUE FRAUD, DECEIT AND PERJURY UNDER STATE LAWS,
SEE  PLAINTIFF 03/01/2013 AMENDED COMPLAINT FILED IN THE LONOKE COUNTY
CIRCUIT COURT ON 03/01/2013 AS A GUIDE TO JUDICIAL CORRUPTION AS A MATTER

OF LAW.
VIOLATION OF FEDERAL STATUTE BY THE ENTERPRISE
18-USCA 1001, 2,3,4, 1621, 1623, 1341, 1503, 1505, 1510, 1512, 1515, 1961, 1962, 1963 1964(C), 242,241,371

15-USCA 1,2,3,4,25,26,26,15,27 ANTITRUST CONSPIRACY

VIOLATION OF STATE LAW, FRAUD, DECEIT AND PERJURY AS PER PLAINTIFF 03/01/2013 AMENDED COMPLAINT WHICH IS APART OF THIS COMPLAINT BUT NOT ATTACHED AS BOTH COURTS STATE AND FEDERAL HAVE ON FILE WITH ORIGINAL 06/01/2012 FILED COMPLAINT IN STATE COURT AS PROOF OF WILLFULLY CORRUPTIONS.

AID AND ABETTING OBSTRUCTION OF JUSTICE RICO AND ANTITRUST ENTERPRISE, UNITED STATES DISTRICT COURT EASTERN DISTRICT LITTLE ROCK, ARKANSAS IN PATTERN OF RACKETEERING ACTIVITIES AFFECTING INTERSTATE COMMERCE IN SCHEME TO DEFRAUD PLAINTIFFS, FARMERS AND RANCHERS COOPERATIVE ASSOCIATION INC. AND DWIGHT ELLIS BROOKS BY THE U.S. MAIL WITH MORE THAN 2 ACTS OF RACKETEERING ACTIVITIES AS RICO AND ANTITRUST CONSPIRACY WITH OVERT ACTS IN PULASKI COUNTY, ARKANSAS AND THE DISTRICT OF COLUMBIA IN FURTHERANCE OF THE UNLAWFULLY COMBINATION AND CONSPIRACY IN RESTRAINT OF COMMERCE, TRADE, COMPETITION IN THE PULASKI COUNTY CIRCUIT, LONOKE COUNTY CIRCUIT COURT AND THE DISTRICT OF COLUMBIA CORRUPTLY IMPEDING THE DUE AND PROPER ADMINSTRATION OF LAW AND JUSTICE. DEFENDANTS HAVE ENGAGED IN UNLAWFULLY CONDUCTS, PARTICIPATED IN THE AFFAIRS OF THE ENTERPRISE AS STATED ABOVED. SEE THE ATTACHED 04/23/2013 AND 04/28/2013 MOTION FOR EQUALITY BEFORE THE LAW AFFIDAVITS IN THE PULASKI COUNTY CIRCUIT COURT. ALSO SEE D.P MARSHALL US. DISTRICT COURT JUDGE JUDGMENT ON 04/24/2013 AND BRIAN S, MILLER US. DISTRICT COURT JUDGE ORDER 04/24/2013 AS EVIDENCE OF UNLAWFULLY COMBINATION AND CONSPIRACY TO VIOLATE STATE LAWS AND FEDERAL LAW. ALSO VIOLATION BY THE DEFENDANTS AND ENTERPRISE 15 USCA SECTION 45 AS UNFAIR METHODS OF COMPETITION DECEPTIVE ACTS IN COMMERCE AS UNLAWFULLY. FEDERAL TORT CLAIMS ACT 28 USCA 2671 ET SEQ 2674 1346(B)
TABOR OF AUTHORITY AND VIOLATIONS BY DEFENDANTS
AMENDS 5, 14 AND 1 U.S.  18-USCA 1962

(1) U.S. V. HARRIS, ED PA. 1988, 700 F SUPP 226, AFFIRMED 874 F 2D. 123
(2) U.S. V. BRICKEY D.C. ARK. 1969, 296 F.SUPP
    U.S. V. REED, 1976, 533 F 2D 1255, 175 U.S. APP. D.C. 120 28USCA 1341
(3) U.S. V. PEPE C.A. 11 (FLA.) 1984, 747 F 2D 632 RICO CONSPIRACY 1962(D)
(4) U.S. V. LEPATOUREL, C.A. 8 (NEB) 1979, 593 F 2D 827 FEDERAL JUDGE
    NOT IMMUNE IN OFFICIAL FTCA
    RICHARD V. U.S. OKL. 1962, 82 S.CT. 585, 369 U.S. 1, 7 L.ED 2D 492
    WEAVER V. U.S. C.A. 10 OKL. 1964 334 F 2D 319
(5) U.S. V. GAUBERT, TEX. 1991, 111 S.CT. 1267, 499 U.S. 315, 113, L.ED 2D
    335, ON REMAND 932 F2D 376 28 USCA 2674 NO IMMUNITY
    U.S. V. CROSBY, C.A.N.Y. 1963, 314 F2D 654 AIDER OR ABETTOR 18-USCA 2
(6) OATH OF U.S. CONSTITUTION ADAMSON V.CIR C.A. 9 1984, 745 F2D 541
(7) KOCH V. U.S. M.D PA. 1993 814 F SUPP 1221
    WONG WING FAI CO S.A. V U.S. C.A. 9 CAL. 1988 840 F2D 1462
    U.S. FIDELITY AND GUAR CO. V. U.S. C.A. 3 PA. 1988, 837 F 2D 116
    CERTIORARI DENIED 108 S.CT. 12902, 486 U.S. 1235 101 LED 2D 935
         SUCH CONDUCT CANNOT BE DISCRETIONARY BY DEFENDANTS INCLUDING
    FEDERAL JUDGES VIOLATION OF FEDERAL AND STATE LAWS WITH MALICE
  WILLULLY AND CORRUPTLY. ABUSE OF OFFICE AR. STATUTE 5-52-107.
ENTER JUDGMENT FOR $175,000.00 COMPENSATORY DAMAGES AND UNITIVE DAMAGES
OF $350,000.00 AS A MATTER OF LAW AGAINST DEFENDANTS INDIVIDUALLY,
SAPERATE, JOINTLY FOR SUM CERTAIN AS A MATTER OF LAW FOR CORRUPTION
BY DEFENDANTS WITH MALICE WILLFULLY AND KNOWINGLY. 15 USCA 45
          Trial by Jury Amend 7 Rule 38
  I AM OF SOUND MIND CAPABLE OF MAKING THIS AMENDED COMPLAINT AND PETITION
TO REDRESS UNDER OATH AND I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED
HEREIN SUBSCRIBED AND SWORN BEFORE ME THIS 6TH DAY OF MAY 2013
PLAINTIFFS, COMPLAINANT, AFFIANT AND PETITIONER AND BLACK FARMERS
AND RANCHERS AS PRESIDENT AND AGENT AND DWIGHT ELLIS BROOKS AS PLAINTIFF
FOR EQUAL PROTECTION AND EQUAL JUSTICE FOR TECHNICAL ASSISTANCE FOR
THE BENEFIT OF THE SMALL SOCIALLY-DISADVANTAGED AGRICULTURE PRODUCERS
AGAINST RICO AND ANTITRUST ENTERPRISE, US. DISTRICT COURT EASTERN DISTRICT
FARMERS AND RANCHERS COOPERATIVE ASSOCIATION, INC, AND DWIGHT ELLIS BROOKS
P.O. BOX 594 ENGLAND, ARKANSAS 72046              13815 HUNTLEIGH DR
501-786-7844                                      LITTLE ROCK, AR.
I AM NATURAL BORN US. CITIZEN OF LONOKE COUNTY, AR.  72212
AND BLACK CITIZEN PULASKI COUNTY, AR. 72212       501 227 7083
CLERK U.S DISTRICT COURT 7012 2920-0000-1856 4771
U.S. DISTRICT COURT JUDGE BRIAN MILLER 7012 2920 0000 1856 4788
U.S. DISTRICT COURT JUDGE D.P. MARSHALL 7012 2920 0000 1856 4795
ERIC HOLDER U.S. ATTORNEY GENERAL 7012 2920 0000 1856 4801
ASST. U.S. ATTORNEY RICHARD M. PENCE JR 7012 2920 0000 1856 4818
U.S. ATTORNEY CHRIS THYER 7012 2920 0000 1856 4825 ALL SERVED ON 05/06/13

NOTARY PUBLIC



RIKITA ROBINSON
MY COMMISSION # 12389000
EXPIRES: August 7, 2022
Pulaski County

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FARMERS AND RANCHERS COOPERATIVE          PLAINTIFFS
ASSOCIATION, INC. and DWIGHT ELLIS BROOKS

v.                CASE NO. 4:12CV00409 BSM

TOM VILSACK, SECRETARY,
UNITED STATES DEPARTMENT
OF AGRICULTURE                            DEFENDANTS

## ORDER

Defendants' motion to dismiss [Doc. No. 17] is granted on all of plaintiffs' claims except for the claims against the United States Department of Agriculture ("USDA"), sued through its Secretary, Tom Vilsack. Additionally, separate plaintiff Dwight Ellis Brooks is dismissed as plaintiff and the remaining plaintiff, Farmers and Ranchers Cooperative Association, Inc., is instructed to retain counsel within fourteen days. If it fails to retain counsel within fourteen days, its claim will also be dismissed.

## I. BACKGROUND

Plaintiff Farmers & Ranchers Association, Inc., proceeding *pro se* through its president Dwight Brooks, filed a complaint in Arkansas state court on June 1, 2012, alleging breach of contract, fraud, and theft by deception against the USDA for grant funding it was promised but not given. The case was removed and on October 24, 2012, Judge Kristine Baker ordered Farmers & Ranchers to obtain counsel within thirty days or face dismissal because "[c]orporations and other business entities cannot proceed *pro se*." [Doc. No. 7]. Instead of obtaining counsel as instructed, Brooks filed an amended complaint [Doc. No. 8]

on behalf of Farmers & Ranchers, in which he added himself as a plaintiff and Judge Baker as a defendant. Brooks then filed a second amended complaint [Doc. No. 11], adding Attorney General Eric Holder and Judge William Riley, the chief judge of the Eighth Circuit Court of Appeals, as defendants. When Judge Baker recused and the case was reassigned to Judge Susan Webber Wright, Brooks amended the complaint [Doc. No. 19] again to name Judge Wright and the USDA's defense attorney, Richard Pence, as defendants.

Brooks's pleadings are difficult to understand. Nevertheless, it appears that he claims the individual defendants maliciously conspired in some sort of illegal "COVER UP." [Doc. No. 19]. There are no specific factual allegations against any of the individual defendants; only broad, blanket accusations of illegal conduct.

## II. MOTION TO DISMISS STANDARD

"Dismissal is proper where the plaintiff['s] complaint fails to state a claim upon which relief can be granted." *Schaaf v. Residential Funding Corp.*, 517 F.3d 544, 549 (8th Cir. 2008) (citing Fed. R. Civ. P. 12(b)(6)). Accepting as true all of the factual allegations contained in the complaint, the court must review the complaint to determine whether its allegations show that the pleader is entitled to relief. *Id.* "The plaintiff[] need not provide specific facts in support of [his or her] allegations, but [. . .] must include sufficient factual information to provide the 'grounds' on which the claim rests, and to raise a right to relief above a speculative level." *Id.* (internal citations omitted).

## III. DISCUSSION

All defendants are dismissed except for the USDA, and Brooks is dismissed as a

2

plaintiff.

A.  Judge Baker, Judge Riley, and Judge Wright

Judges Baker, Riley, and Wright are dismissed because they have judicial immunity. A judge's absolute immunity from suit can only be overcome in two circumstances. "First, a judge may be subject to suit for non-judicial acts." *Duty v. City of Springdale*, 42 F.3d 460, 462 (8th Cir. 1994). "Second, judges are not immune from lawsuits based on actions taken in the absence of all jurisdiction." *Id.* Nothing herein indicates that either judge is being sued for "non-judicial acts" or "actions taken in the absence of all jurisdiction." Accordingly, Judges Baker, Wright, and Riley are dismissed.

B.  Eric Holder and Richard Pence

Eric Holder and Richard Pence are dismissed because Brooks's allegations against them do not support a plausible claim for relief. Brooks simply makes blanket allegations that Holder and Pence allowed "GROSS MISCONDUCT IN PUBLIC OFFICE BY PUBLIC OFFICIALS," participated in a "COVER UP WITH MALICE," and conspired to violate the United States Constitution and Arkansas law. [Doc. No. 11], at 1-2; [Doc. No. 19], at 1-2. These conclusory statements do not support a plausible claim of relief. Accordingly, there is no need to address the immunity of Holder, and the claims against him and Pence are dismissed for failure to state a claim upon which relief can be granted.

C.  Dwight Brooks

Brooks is dismissed as a plaintiff because "[a] corporate officer has no individual right of action against a third party for alleged wrongs inflicted on the corporation, even if the

3

officer is the sole shareholder." *Charles Brooks Co. v. Georgia-Pacific LLC*, 552 F.3d 718, 723 (8th Cir. 2009).

D.   Farmers & Ranchers Association, Inc.

A corporation cannot bring a *pro se* lawsuit, so Farmers & Ranchers Association, Inc., is again instructed to retain counsel within fourteen days of this order. *See, e.g., Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996).

IV. CONCLUSION

For the reasons stated above, defendants' motion to dismiss [Doc. No. 17] is granted on all of plaintiffs' claims except for the claims against the USDA. Dwight Ellis Brooks is dismissed as a plaintiff, and the clerk's office is instructed to terminate Brooks and all of the defendants except the USDA. The remaining plaintiff, Farmers and Ranchers Cooperative Association, Inc., is instructed to retain counsel within fourteen days of this order. Failure to do so will result in dismissal of this action.

IT IS SO ORDERED this 24th day of April 2013.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DWIGHT ELLIS BROOKS                        PLAINTIFF

v.               No. 4:12-cv-784-DPM

STACEY E. MCCORD;
DANIEL A. APPLEGATE;
SUSAN WEBBER WRIGHT;
WILLIAM RILEY; and
KRISTINE G. BAKER                        DEFENDANTS

## JUDGMENT

Brooks's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 April 2013